Commonwealth *v.* Tyson, Appellant.

Submitted March 20, 1972. *Morton B. Weinstein,* and *Weinstein and Factor,* for appellant; *Peter J. Smith* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and

*Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.